Regal ROBINSON, Petitioner–Appellant,

v.

James E. TILTON, Secretary, California Department of Corrections and Rehabilitation,* Respondent–Appellee.

No. 05–56823.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 16, 2006.**

Filed Oct. 23, 2006.

As Amended on Denial of Rehearing and Rehearing En Banc Jan. 19, 2007.

Regal Robinson, Calipatria, CA, pro se.

Atty Gen Cas Fax, Kevin R. Vienna, Esq., AGCA–Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: LEAVY, W. FLETCHER, and RAWLINSON, Circuit Judges.

MEMORANDUM ***

California state prisoner Regal Robinson appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction pur-

---

* James E. Tilton is substituted for his predecessor, Jeanne S. Woodford, who was Director of the California Department of Corrections, pursuant to Fed. R.App. P. 43(c)(2).

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

suant to 28 U.S.C. § 2253. We review de novo a district court's ruling on the merits of a habeas corpus petition, *see Sandgathe v. Maass*, 314 F.3d 371, 376 (9th Cir.2002), and we affirm.

Robinson contends that the prosecutor's use of peremptory challenges violated his constitutional rights, and that the district court erred in finding that he failed to prove purposeful racial discrimination by the prosecution. We disagree. After a de novo review, we conclude that the state trial court's ruling on *People v. Wheeler*, 22 Cal.3d 258, 148 Cal.Rptr. 890, 583 P.2d 748 (Cal.1978), motion was not error. *See Batson v. Kentucky*, 476 U.S. 79, 96–97, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986); *Williams v. Runnels*, 432 F.3d 1102, 1105 (9th Cir. 2006). Accordingly, the district court properly denied this claim.

To the extent Robinson raises uncertified issues, we construe his arguments as a motion to expand the Certificate of Appealability, and we deny the motion. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

We also deny Robinson's request for an initial hearing en banc. *See* Fed. R.App. P. 35(b).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.